**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00490-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

JASON LEE HARRIS,

    Plaintiff,

v.

J. KOCH,
J. ARROYO,
T. JAVERNICK,
JOSE SANTANA,
FEDERAL BUREAU OF PRISONS, and
FNU GRISENTI,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

Plaintiff Jason Lee Harris is in the custody of the Federal Bureau of Prisons and currently is incarcerated at United States Penitentiary in Florence, Colorado.   Plaintiff has submitted a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order.

1

Plaintiff will be directed to cure the following if he wishes to pursue his claims.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**

- (1) ____   is not submitted
- (2) ____   is missing affidavit
- (3) ____   prisoner's trust fund statement does not cover the whole 6-month period immediately preceding this filing
- (4) _X_   is missing certified statement showing the six-month period immediately preceding the initiation of this action
- (5) ____   is missing required financial information
- (6) ____   is missing an original signature by the prisoner
- (7) ____   is not on proper form (must use the court's current form)
- (8) ____   names in caption do not match names in caption of complaint, petition or habeas application
- (9) ____   An original and a copy have not been received by the court.   Only an original has been received.
- (10) ____   other:

**Complaint, Petition or Application**:
- (11) ____   is not submitted
- (12) ____   is not on proper form (must use the court's current form)
- (13) ____   is missing an original signature by the prisoner
- (14) ____   is missing page nos. ____
- (15) ____   uses et al. instead of listing all parties in caption
- (16) ____   An original and a copy have not been received by the court.   Only an original has been received.
- (17) ____   Sufficient copies to serve each defendant/respondent have not been received by the court.
- (18) ____   names in caption do not match names in text
- (19) ____   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within**

**thirty days from the date of this Order** the action will be dismissed without further notice.

DATED March 1, 2016, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge